UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.                                Criminal No. 26-30053

Kyle Wagner,

    Defendant.
_____/

**<u>ORDER UNSEALING THE COMPLAINT AND ARREST WARRANT</u>**

For the reasons stated in the government's motion, it is ordered that the Complaint, Arrest Warrant, and all attendant papers be unsealed.

**IT IS SO ORDERED.**

                                                s/David R. Grand

                                                David R. Grand
                                                United States Magistrate Judge

Entered: 2/5/26