UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                                                  Case No: 26-mj-30053

    v.

Kyle Wagner,

        Defendant.

---

# NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

---

**To:**    Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

| *Add the following AUSA(s):* | *Terminate the following AUSA(s):* |
|---|---|
| Name: Eaton Brown<br>Bar ID: P66003<br>Telephone: (313) 226-9184<br>Email: Eaton.Brown@usdoj.gov | N / A |

                                                  JEROME F. GORGON JR.
                                                  United States Attorney

                                                  *s/ Eaton Brown*
                                                  Assistant United States Attorney
                                                  211 W. Fort Street, Suite 2001
                                                  Detroit, MI   48226
                                                  Eaton.Brown@usdoj.gov
                                                  (313) 226-9184
                                                  P66003

Dated: February 5, 2026